# United States District Court
## Southern District of Indiana

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For Offenses Committed On or After November 1, 1987) |
| **Jeffrey S. Serrano** | Case Number: **1:03CR00080-001** |
| | John Freeman, I V |
| | Defendant's Attorney |

**THE DEFENDANT:**

☑ pleaded guilty to count(s) **1**

☐ pleaded nolo contendere to count(s) _____ which was accepted by the court.

☐ was found guilty on count(s) _____ after a plea of not guilty.

Accordingly, the court has adjudicated that the defendant is guilty of the following offenses(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 21 USC 841(a)(1), 841(b)(1)(A)(viii), 846 | Conspiracy to Possess with Intent to Distribute Methamphetamine | 04/11/2003 | 1 |

The defendant is sentenced as provided in pages 2 through **5** of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☐ Count(s) _____ (is)(are) dismissed on the motion of the United States.

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the Court and United States Attorney of any material change in the defendant's economic circumstances.

| | |
|---|---|
| Defendant's Soc. Sec. No.: 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 | 10/02/2003 |
| Defendant's Date of Birth: 05/19/1974 | Date of Imposition of Judgment |
| Defendant's USM No.: 07169-028 | |
| Defendant's Residence Address: | Signature of Judicial Officer |
| Marion County Jail | |
| 40 S. Alabama Street | Honorable Larry J. Mc Kinney, Chief Judge |
| Indianapolis      IN      46204 | U.S. District Court |
| | Name & Title of Judicial Officer |
| Defendant's Mailing Address: | |
| Marion County Jail | 10/8/03 |
| 40 S. Alabama Street | Date |
| Indianapolis      IN      46204 | |

ENTERED
OCT 0 9 2003
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

AO 245B (Rev. 3/01) Sheet 2 - Imprisonment    Case 1:03-cr-00080-LJM-MJD   Document 2-1   Filed 09/05/14   Page 2 of 2 PageID #: 6

Judgment-Page 2 of 5

DEFENDANT: Jeffrey S. Serrano
CASE NUMBER: 1:03CR00080-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons, to be imprisoned for a total term of __210__ month(s)

☑ The court makes the following recommendations to the Bureau of Prisons:

**That the defendant be placed in a BOP facility as close to Indiana as possible.**

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at _____ a.m./p.m. on _____ .

☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before 2 p.m. on _____ .

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

Defendant delivered on _Nov. 13, 2003_ to _F.M.C. Lexington_
at _Lexington, KY,_ with a certified copy of this judgment.

_James Kennedy_
UNITED STATES MARSHAL

By _Jeff W._____
Deputy United States Marshal